UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANA CHALAS,

                    Plaintiff,

          -against-

STOVER & CO. INC.,

                    Defendant.
-----------------------------------------------------------X

22-CV-4194 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 28, 2022
       New York, New York

*[signature: Vernon Broderick]*

      Vernon S. Broderick
      United States District Judge